# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| DARIEN HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19-cv-00346-LEW |
| | ) | |
| RANDALL LIBERTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On January 29, 2020, the United States Magistrate Judge filed with the court, with copies to counsel and to the parties, his Recommended Decision on Defendants' Motion to Dismiss (ECF No. 13). The plaintiff filed objections to the Recommended Decision on February 18, 2020 (ECF No. 23). I have reviewed and considered the Recommended Decision, Plaintiff's objections, and the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's claims based on the grievance procedure, alleged threats, strip search, and false report are **DISMISSED**. Plaintiff's claims for supervisory liability and permanent injunctive relief are likewise **DISMISSED**. As described in the Recommended Decision, Plaintiff may proceed only on his Eighth Amendment claim

against Defendants Ross, Cantillo, Melquist, Manning, and Drake for subjecting him to unsanitary conditions of confinement.

**SO ORDERED.**

Dated this 5TH day of March, 2020.

                                                      /s/ Lance E. Walker
                                              UNITED STATES DISTRICT JUDGE