UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DARIEN HARRIS,

        Plaintiff,

  v.

TERRY SCOTT DRAKE, et al.,

        Defendants.

Case No. 1:19-cv-00346-LEW

### ANSWER OF DEFENDANTS ANTHONY CANTILLO, TERRY SCOTT DRAKE, JEREMIAH MANNING,[1] CHRISTIAN MELQUIST, AND TROY ROSS AND DEMAND FOR JURY TRIAL

In accordance with the Court's Order Affirming Recommended Decision of the Magistrate Judge,[2] Defendants Anthony Cantillo, Terry Scott Drake, Jeremiah Manning, Christian Melquist, and Troy Ross (Defendants) hereby respond to the assertions made against them in Plaintiff's Complaint (ECF No. 1) and Plaintiff's Amended Complaint (ECF No. 22) for alleged violations of the Eighth Amendment as follows:

ALLEGATIONS IN COMPLAINT – Introduction

This paragraph requires no response because it does not contain allegations. To the extent a response is required, Defendants deny that they violated Plaintiff's constitutional rights.

---

[1] The Complaint incorrectly identifies Captain Jeremiah Manning as "Joe Manning." Defendant Manning filed a motion to correct party name. (ECF No. 25.)

[2] The Court dismissed all of Plaintiff's claims and requests for relief except for his claims for compensatory and punitive damages against Defendants Cantillo, Drake, Manning, Melquist, and Ross for alleged violations of the Eighth Amendment. (ECF No. 24.) The allegations of Eighth Amendment violations that were not dismissed are the alleged "unsanitary conditions of confinement" that Plaintiff claims to have experienced. (ECF No. 24 at 2.)

ALLEGATIONS IN COMPLAINT – Jurisdiction

This paragraph states a legal conclusion, to which no response is required. To the extent a response is required, Defendants deny that the Court has subject-matter jurisdiction over the claims asserted.

ALLEGATIONS IN COMPLAINT – Parties

2. Admitted.

6. Defendants admit that Terry Scott Drake is a correctional captain at the Maine State Prison. Defendants otherwise deny the allegations in Paragraph 6.

7. Defendants admit that Christian Melquist is a correctional captain at the Maine State Prison. Defendants otherwise deny the allegations in Paragraph 7.

8. Defendants admit that Jeremiah Manning is a correctional captain at the Maine State Prison. Defendants otherwise deny the allegations in Paragraph 8.

11. Defendants admit that Troy Ross is the Acting Warden at the Maine State Prison. Defendants otherwise deny the allegations in Paragraph 11.

21. Defendants admit that Anthony Cantillo is a Deputy Warden at the Maine State Prison. Defendants otherwise deny the allegations in Paragraph 21.

ALLEGATIONS IN COMPLAINT – Statement of Facts

4. Defendants admit that Plaintiff was placed on Emergency Observation Status during the early morning of September 5, 2018. Defendants otherwise deny the allegations in Paragraph 4.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Defendants admit that Plaintiff was released from Administrative Segregation Status on the morning of September 13, 2018. Defendants otherwise deny the allegations in Paragraph 13.

14. Denied.

15. Denied.

16. Denied.

20. Defendants admit that Plaintiff remained on Administrative Segregation Status until the morning of September 13, 2018. Defendants otherwise deny the allegations in Paragraph 20.

21. Paragraph 21 states a legal conclusion, and no response is required. Defendants otherwise deny the allegations in Paragraph 21.

22. Denied.

ALLEGATIONS IN COMPLAINT – Exhaustion of Administrative Remedies

30. Defendants admit that Plaintiff exhausted his administrative remedies.

ALLEGATIONS IN COMPLAINT – Claims for Relief

31. Paragraph 31 states a legal conclusion, and no response is required. Defendants otherwise deny any factual allegations in Paragraph 31.

32. Paragraph 32 states a legal conclusion, and no response is required. Defendants otherwise deny any factual allegations in Paragraph 32.

33. Paragraph 33 states a legal conclusion, and no response is required. Defendants otherwise deny any factual allegations in Paragraph 33.

35. Paragraph 35 states a legal conclusion, and no response is required. Defendants otherwise deny any factual allegations in Paragraph 35.

## ALLEGATIONS IN COMPLAINT – Relief Requested

The paragraphs of this section require no response because they do not state allegations. To the extent a response is required, Defendants deny that Plaintiff is entitled to any of the relief he requests.

## ALLEGATIONS IN AMENDED COMPLAINT

3. Denied.

5. Denied.

6. Denied.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff's Complaint and Amended Complaint fail to state a claim upon which relief can be granted.

2. Plaintiff is barred from seeking damages for mental or emotional injury because he does not meet the requirements of 42 U.S.C. § 1997e(e).

3. Some or all of Plaintiff's claims are barred by the doctrine of sovereign immunity, the Eleventh Amendment, or both.

4. Defendants did not violate a clearly established constitutional right of Plaintiff, or which Defendants would have known, and Defendants are therefore entitled to qualified immunity.

5. Defendants did not act with deliberate indifference or any requisite state of mind for any of the alleged constitutional or statutory violations.

6. Defendants lacked personal or direct involvement in any of the alleged violations of Plaintiff's rights.

7. The acts or omissions of the Defendants alleged to constitute deliberate indifference, cruel and unusual punishment, or a constitutional violation were not substantial causes or factors in any injuries sustained by Plaintiff.

8. Any and all damage or injury allegedly sustained by Plaintiff resulted not from the conduct or acts of Defendants, but from the conduct or acts of Plaintiff or other persons.

9. Plaintiff has failed to mitigate damages and is therefore barred from recovery against Defendants.

10. Plaintiff is not entitled to declaratory relief. Declaratory relief is unavailable to solely have the Court declare that actions of the government have violated Plaintiff's rights.

11. Plaintiff's claims are barred by the favorable termination rule of *Heck v. Humphrey* to the extent the relief he seeks would affect the term of his confinement.

12. Plaintiff has no right of action under 42 U.S.C. § 1983 to assert some or all of his claims.

13. Plaintiff's allegations fail to state facts sufficient to support a prayer for punitive damages.

WHEREFORE, Defendants request Plaintiff's Complaint and Amended Complaint be dismissed and judgment be entered in favor of Defendants and against Plaintiff, along with costs, attorneys' fees, and expenses, and any other relief deemed necessary.

## DEMAND FOR JURY TRIAL

In addition, Defendants demand a jury trial on all claims asserted in Plaintiff's Complaint and Amended Complaint.

                                            Respectfully submitted,

                                            AARON M. FREY
                                            Attorney General

Dated: March 18, 2020                /s/ Kimberly L. Patwardhan
                                            KIMBERLY L. PATWARDHAN
                                            Assistant Attorney General
                                            Office of the Attorney General
                                            6 State House Station
                                            Augusta, ME 04333-0006
                                            Tel. (207) 626-8800
                                            Fax (207) 287-3145
                                            kimberly.patwardhan@maine.gov
                                            Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Kimberly L. Patwardhan, hereby certify that on March 18, 2020, I electronically filed the above document with the Clerk of Court using the CM/ECF system, and that a copy of such filing was sent by First Class U.S. Mail to the following:

Darien Harris, 158377
Maine State Prison
807 Cushing Road
Warren, ME  04864

/s/ Kimberly L. Patwardhan
KIMBERLY L. PATWARDHAN
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800
kimerly.patwardhan@maine.gov