UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |  | |
|---|---|---|---|
| DARIEN HARRIS, | ) | | |
| | ) | | |
| Plaintiff | ) | | |
| | ) | | |
| v. | ) | 1:19-CV-00346-LEW | |
| | ) | | |
| RANDALL LIBERTY, et al., | ) | | |
| | ) | | |
| Defendants | ) | | |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On March 16, 2021, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Defendants' Motion for Summary Judgment (ECF No. 49). In his Recommended Decision, the Magistrate Judge recommends that Defendants' unopposed motion be granted. Plaintiff has failed to file an objection to the Recommended Decision. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Defendants' Motion for Summary Judgment (ECF No. 45) is GRANTED.

**SO ORDERED.**

Dated this 14th day of April, 2021.

      /s/ Lance E. Walker
    UNITED STATES DISTRICT JUDGE